TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00748-CV






Carlos Vasquez-Hernandes, Appellant


v.


Elodia Vasquez, Appellee







FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT

NO. 02-1034-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N




 By letter, appellant Carlos Vasquez-Hernandes informs this Court that he wants to
"withdraw[] from the appeal." Accordingly, we will dismiss the appeal. 

 The appeal is dismissed. See Tex. R. App. P. 42.1(a)(2). 



 ________________________________________

 David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: February 21, 2003